IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:25-cv-00062-D-RJ

MrBeastYouTube, LLC,

        Plaintiff,

   vs.

Leroy Nabors,

        Defendant.

NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned Emily R. Pidot hereby enters a notice of special appearance as counsel for MrBeastYouTube, LLC in the above-captioned matter, in association with a member of the bar of this Court, Douglas M. Jarrell of Robinson, Bradshaw & Hinson, P.A.

I certify that I will submit any document to North Carolina counsel for review prior to filing the document with the Court.

This 29th day of April, 2025.

/s/ Emily R. Pidot
Emily R. Pidot
emilypidot@paulhastings.com

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

/s/ Douglas M. Jarrell
Douglas M. Jarrell
N.C. State Bar No. 21138
djarrell@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
600 S. Tyron Street, Suite 2300

Charlotte, NC 28202
Telephone: (704) 377-8309
Facsimile: (704) 378-4000

*Counsel for MrBeastYouTube, LLC*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 29, 2025, I electronically filed the foregoing Notice of

Special Appearance with the Clerk of Court using the CM/ECF system.

I also certify that the Notice of Special Appearance was served upon the following

counsel of record via email and U.S. Mail, postage prepaid, addressed as follows:

Joseph Budd
Osborn Gambale Beckley & Budd PLLC
1100 Wake Forest Road, Suite 205
Raleigh, North Carolina 27604
joe@counselcarolina.com

This 29th day of April, 2025.

/s/ Emily R. Pidot
Emily R. Pidot

3