# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

|  |  |
|---|---|
| MrBeastYouTube, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  4:25-CV-00062 |
| Leroy Nabors ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Leroy Nabors   .

Date:    06/13/2025

/s/ JOSEPH D. BUDD
*Attorney's signature*

Joseph D. Budd; NC 44263
*Printed name and bar number*

1100 Wake Forest Road, Suite 205
Raleigh, NC 27604

*Address*

joe@counselcarolina.com
*E-mail address*

(919) 373-6422
*Telephone number*

(919) 578-3733
*FAX number*