# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

Civil Action No.: 4:25-cv-00062

| | |
|---|---|
| MrBeastYouTube, LLC, <br><br> Plaintiffs <br><br> v. <br><br> Leroy Nabors, <br><br> Defendant. | **DEFENDANT'S MOTION TO DISMISS COMPLAINT** |

NOW COMES Defendant Leroy Nabors, by and through undersigned counsel, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure moves to dismiss Plaintiff MrBeastYouTube, LLC's Complaint ([DE 1]) in its entirety for lack of subject matter jurisdiction and for failure to state a claim.

In support of this Motion, Defendant offers the accompanying Memorandum of Law in Support of his Motion to Dismiss.

1

Dated June 13, 2025.	Respectfully submitted,

**COUNSEL CAROLINA**

/s/   JOSEPH D. BUDD
JOSEPH D. BUDD
N.C. Bar No. 44263
1100 Wake Forest Road, Suite 205
Raleigh, North Carolina 27604
joe@counselcarolina.com
919.373.6422
Facsimile: 919.578.3733

# CERTIFICATE OF SERVICE

I hereby certify that this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record:

    djarrell@robinsonbradshaw.com
    jenniferbaldocchi@paulhastings.com
    emilypidot@paulhastings.com
    kavehdabashi@paulhastings.com
    brianfeatherstun@paulhastings.com

Dated June 13, 2025.                                 **COUNSEL CAROLINA**

                                                                  /s/   JOSEPH D. BUDD
                                                                  JOSEPH D. BUDD
                                                                 N.C. Bar No. 44263
                                                                1100 Wake Forest Road, Suite 205
                                                                Raleigh, North Carolina 27604
                                                                joe@counselcarolina.com
                                                                919.373.6422
                                                                Facsimile: 919.578.3733

                                                                *Attorney for Defendant Leroy Nabors*