IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:25-CV-62-D

| | |
|---|---|
| MRBEASTYOUTUBE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| LEROY NABORS, | ) |
| Defendant. | ) |

The court DENIES defendant's motion to dismiss [D.E. 17]. The court has subject-matter jurisdiction under 28 U.S.C. § 1331 and § 1367(a). Plaintiff plausibly alleges its claims. See, e.g., Ashcroft v. Iqbal, 556 U.S. 662, 678–79 (2009); Bell Atl. Corp. v. Twombly, 550 U.S. 544, 556–557 (2007).

SO ORDERED. This 31 day of July, 2025.

JAMES C. DEVER III
United States District Judge