IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:25-CV-62-D-RJ

MRBEASTYOUTUBE LLC,

        Plaintiff,

v.

LEROY NABORS,

        Defendant.

**SCHEDULING ORDER**

On August 18, 2025, the parties filed a Discovery Plan. The parties will conduct discovery in this matter in accordance with Federal Rules of Civil Procedure. Except as modified below, the Discovery Plan is APPROVED AND ORDERED with the following critical deadlines:

1. All 26(a)(1) disclosures shall be completed by September 5, 2025;

2. Reports from retained experts are due by November 2025, and from rebuttal experts by December 8, 2025;

3. All discovery shall be completed by January 31, 2026;

4. All potentially dispositive motions shall be filed by February 14, 2026; and

5. At least twenty days before the final pretrial conference, all parties shall provide to all other parties the pretrial disclosures required by Fed. R. Civ. P. 26(a)(3). Ten days before the pretrial conference, any party may designate and serve any objections to the disclosures. The parties' Rule 26(a)(3) disclosures and objections shall be incorporated into the final pretrial order. The pretrial order shall be submitted to the court five business days prior to the pretrial conference.

6. The matter will be set for trial by separate order.

Any party who makes an appearance after this scheduling order has been entered shall be required to confer with opposing counsel within twenty days after the party's appearance in the

case. Such party will be bound by the discovery provisions contained in this order unless the party petitions the court by motion to amend this order.

In addition, motions to join additional parties and to amend pleadings must be made promptly after the information giving rise to the motion becomes known to the party or counsel. Any such motion filed after October 31, 2025, must meet the standards of Fed. R. Civ. P. 15 and 16.

Finally, the parties are reminded that, on request, this court will assist with settlement negotiations or other ADR such as summary jury trial by making available a judge other than the trial judge to explore possibilities.

SO ORDERED. This _17_ day of September, 2025.

JAMES C. DEVER III
United States District Judge

2

Case 4:25-cv-00062-D-RJ    Document 25    Filed 09/17/25    Page 2 of 2