IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:25-cv-00062-D-RJ

MrBeastYouTube, LLC,

        Plaintiff,

v.

Leroy Nabors,

        Defendant.

**JOINT NOTICE OF MEDIATOR SELECTION**

Pursuant to the Court's September 18, 2025 Notice to Counsel and Local ADR Rule 101.1c(a), the parties hereby jointly advise the Court that they have selected the following individual to serve as mediator for this case:

Stephen Dunn
Miles Mediation & Arbitration
6101 Carnegie Blvd., Suite 450
Charlotte, NC 28209

Mr. Dunn is among the certified mediators for the Eastern District of North Carolina. The parties certify that Mr. Dunn has agreed to this selection and is being served with this Joint Notice of Mediator Selection via email, concurrently with its filing.

1

Respectfully submitted this 7th day of October 2025.

| PAUL HASTINGS LLP | OSBORN GAMBALE BECKLEY & BUDD PLLC |
|---|---|

*/s/ Emily R. Pidot*
Emily R. Pidot*
Kaveh Dabashi*
emilypidot@paulhastings.com
kavehdabashi@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 230-7696

*/s/ Jennifer S. Baldocchi*
Jennifer S. Baldocchi*
jenniferbaldocchi@paulhastings.com
515 S. Flower Street
Los Angeles, CA 90071
Telephone: (213) 683-6133
Facsimile: (213) 627-0705

*/s/ Brian Featherstun*
Brian Featherstun*
brianfeatherstun@paulhastings.com
101 California Street, Suite 4800
San Francisco, CA 94112
Telephone: (415) 856-7012
Facsimile: (415) 856-7100

ROBINSON, BRADSHAW & HINSON, P.A.

*/s/ Douglas M. Jarrell*
Douglas M. Jarrell
N.C. State Bar No. 21138
djarrell@rbh.com
600 S. Tryon Street, Suite 2300
Charlotte, NC 28202
Telephone: (704) 377-8309
Facsimile: (704) 378-4000

*Attorneys for Plaintiff*

*Special appearance entered

*/s/ Joe Budd*
Joe Budd
joe@counselcarolina.com
1100 Wake Forest Road, Suite 205
Raleigh, NC 27604
Telephone: (919) 441-1997
Facsimile: (919) 578-3733

*Attorneys for Defendant*