IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:25-cv-00062-D-RJ

---

MrBeastYouTube, LLC,

        Plaintiff,

v.

Leroy Nabors,

        Defendant.

---

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Pursuant to section 5(b) of the parties' Rule 26(f) report [DE 24] and the Court's scheduling order [DE 25] that adopts the report, the parties jointly move the Court for entry of a stipulated protective order in the form attached as Exhibit 1.

Respectfully submitted this 7th day of January 2026.

| ROBINSON, BRADSHAW & HINSON, P.A. | OSBORN GAMBALE BECKLEY & BUDD PLLC |
|---|---|
| */s/ Douglas M. Jarrell* | */s/ Joseph D. Budd* |
| Douglas M. Jarrell | Joseph D. Budd |
| N.C. State Bar No. 21138 | joe@counselcarolina.com |
| djarrell@rbh.com | 1100 Wake Forest Road, Suite 205 |
| 600 S. Tryon Street, Suite 2300 | Raleigh, NC 27604 |
| Charlotte, NC 28202 | Telephone: (919) 441-1997 |
| Telephone: (704) 377-8309 | Facsimile: (919) 578-3733 |
| Facsimile: (704) 378-4000 | |
| | *Attorneys for Defendant* |

PAUL HASTINGS LLP

Emily R. Pidot*
Kaveh Dabashi*
emilypidot@paulhastings.com
kavehdabashi@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 230-7696

Jennifer S. Baldocchi*
jenniferbaldocchi@paulhastings.com
515 S. Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6133
Facsimile: (213) 627-0705

Brian Featherstun*
brianfeatherstun@paulhastings.com
101 California Street, Suite 4800
San Francisco, CA 94112
Telephone: (415) 856-7012
Facsimile: (415) 856-7100

*Attorneys for Plaintiff*

*Special appearance entered