UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:25-cv-00062-D-RJ

MRBEASTYOUTUBE, LLC,

    Plaintiff,

v.

LEROY NABORS,

    Defendant.

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Civil Rule 6.1, Plaintiff MrBeastYouTube, LLC and Defendant Leroy Nabors, through counsel, jointly move the Court to modify the Scheduling Order (ECF No. 25) to extend the February 14, 2026 deadline to file dispositive motions through and including **March 13, 2026**.

The basis for this motion is that the parties have reached an agreement in principle resolving all claims in this dispute. The requested extension will provide the parties sufficient time to execute a settlement agreement without diverting resources to dispositive motion practice.

A proposed order granting this motion, and amending the Scheduling Order, is attached hereto for the Court's consideration.

WHEREFORE, the parties jointly request that the Court modify the Scheduling Order to extend the dispositive motions deadline in this case through and including March 13, 2026.

Respectfully submitted this 10th day of February 2026.

| ROBINSON, BRADSHAW & HINSON, P.A. | COUNSEL CAROLINA |
|---|---|
| */s/ Douglas M. Jarrell* | */s/ Joseph D. Budd* |
| Douglas M. Jarrell | Joseph D. Budd |
| N.C. State Bar No. 21138 | joe@counselcarolina.com |
| djarrell@rbh.com | 1100 Wake Forest Road, Suite 205 |
| 600 S. Tryon Street, Suite 2300 | Raleigh, NC 27604 |
| Charlotte, NC 28202 | Telephone: (919) 441-1997 |
| Telephone: (704) 377-8309 | Facsimile: (919) 578-3733 |
| Facsimile: (704) 378-4000 | |
| | *Attorneys for Defendant* |

PAUL HASTINGS LLP

Emily R. Pidot*
Kaveh Dabashi*
emilypidot@paulhastings.com
kavehdabashi@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 230-7696

Jennifer S. Baldocchi*
jenniferbaldocchi@paulhastings.com
515 S. Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6133
Facsimile: (213) 627-0705

Brian Featherstun*
brianfeatherstun@paulhastings.com
101 California Street, Suite 4800
San Francisco, CA 94112
Telephone: (415) 856-7012
Facsimile: (415) 856-7100

*Attorneys for Plaintiff*

*Special appearance entered