UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:25-cv-00062-D-RJ

MRBEASTYOUTUBE, LLC,

        Plaintiff,

v.

LEROY NABORS,

        Defendant.

## JOINT MOTION FOR STAY, OR IN THE ALTERNATIVE, TO MODIFY SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rule 6.1, Plaintiff MrBeastYouTube, LLC ("Beast") and Defendant Leroy Nabors ("Nabors"), through counsel, jointly move the Court to stay all proceedings in this action through and including **October 30, 2026**; or in the alternative, amend the Scheduling Order (ECF No. 25) by extending the parties' deadline to file dispositive motions from March 13, 2026 to **June 12, 2026**.

The parties have reached an agreement in principle resolving all claims in dispute. The terms of the agreement require Nabors to submit to an extensive forensic inspection of his devices and accounts by a third-party forensic examiner to ensure that all documents or other electronic information belonging to Beast are removed from those devices and accounts and have not been unlawfully disclosed by Nabors (the "Protocol"). Satisfactory completion of the Protocol is anticipated to take approximately 230 days. Upon satisfactory completion of the Protocol, Beast will voluntarily dismiss this action without prejudice.

1

This Court recognizes that "[t]he law strongly favors settlement of litigation, and there is a compelling public interest and policy in upholding and enforcing settlement agreements voluntarily entered into." *Mitchell v. GrainComm II, LLC*, No. 5:21-cv-379, 2025 WL 2043994, at *2 (E.D.N.C. July 21, 2025) (Dever III, J.). A stay while the parties complete the agreed Protocol will prevent unnecessary diversion of time and resources to litigation.

A proposed order granting this motion is attached hereto for the Court's consideration.

WHEREFORE, the parties jointly request that the Court stay all proceedings in this action through and including **October 30, 2026**. In the alternative, the parties jointly request that the Court amend the Scheduling Order by extending the dispositive motion deadline from March 13, 2026 to **June 12, 2026**. In either case, the parties will provide a joint status update by June 12, 2026.

Respectfully submitted this 12th day of March 2026.

| | |
|---|---|
| ROBINSON, BRADSHAW & HINSON, P.A. | COUNSEL CAROLINA |
| */s/ Douglas M. Jarrell* | */s/ Joseph D. Budd* |
| Douglas M. Jarrell | Joseph D. Budd |
| N.C. State Bar No. 21138 | joe@counselcarolina.com |
| djarrell@rbh.com | 1100 Wake Forest Road, Suite 205 |
| 600 S. Tryon Street, Suite 2300 | Raleigh, NC 27604 |
| Charlotte, NC 28202 | Telephone: (919) 441-1997 |
| Telephone: (704) 377-8309 | Facsimile: (919) 578-3733 |
| Facsimile: (704) 378-4000 | |
| | *Attorneys for Defendant* |
| PAUL HASTINGS LLP | |
| Emily R. Pidot* | |
| Kaveh Dabashi* | |
| emilypidot@paulhastings.com | |
| kavehdabashi@paulhastings.com | |
| 200 Park Avenue | |
| New York, NY 10166 | |
| Telephone: (212) 318-6000 | |
| Facsimile: (212) 230-7696 | |

Jennifer S. Baldocchi*
jenniferbaldocchi@paulhastings.com
515 S. Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6133
Facsimile: (213) 627-0705

Brian Featherstun*
brianfeatherstun@paulhastings.com
101 California Street, Suite 4800
San Francisco, CA 94112
Telephone: (415) 856-7012
Facsimile: (415) 856-7100

*Attorneys for Plaintiff*

*Special appearance entered