UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:25-cv-00062-D-RJ

MRBEASTYOUTUBE, LLC,

Plaintiff,

v.

LEROY NABORS,

Defendant.

## JOINT STATUS REPORT

Pursuant to the Court's March 16, 2026 Order (ECF No. 33), Plaintiff MrBeastYouTube, LLC and Defendant Leroy Nabors (the "Parties") respectfully submit this Joint Status Report.

As previously reported, the parties reached an agreement in principle resolving all claims in this matter. The Parties continue to work together in accordance with the terms of their negotiated resolution and will promptly apprise the Court of any material developments.

Respectfully submitted this 12th day of June 2026.

ROBINSON, BRADSHAW & HINSON, P.A.

/s/ Douglas M. Jarrell
Douglas M. Jarrell
N.C. State Bar No. 21138
djarrell@rbh.com
600 S. Tryon Street, Suite 2300
Charlotte, NC 28202
Telephone: (704) 377-8309
Facsimile: (704) 378-4000

COUNSEL CAROLINA

/s/ Joseph D. Budd
Joseph D. Budd
joe@counselcarolina.com
1100 Wake Forest Road, Suite 205
Raleigh, NC 27604
Telephone: (919) 441-1997
Facsimile: (919) 578-3733

*Attorneys for Defendant*

PAUL HASTINGS LLP

Emily R. Pidot*
emilypidot@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 230-7696

Jennifer S. Baldocchi*
jenniferbaldocchi@paulhastings.com
515 S. Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6133
Facsimile: (213) 627-0705

Brian Featherstun*
brianfeatherstun@paulhastings.com
101 California Street, Suite 4800
San Francisco, CA 94112
Telephone: (415) 856-7012
Facsimile: (415) 856-7100

*Attorneys for Plaintiff*

*Special appearance entered