UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:25-cv-00062-D-RJ

---

MRBEASTYOUTUBE, LLC,

Plaintiff,

v.

LEROY NABORS,

Defendant.

---

**JOINT MOTION FOR ADDITIONAL STAY**

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rule 6.1, Plaintiff MrBeastYouTube, LLC ("Beast") and Defendant Leroy Nabors ("Nabors"), through counsel, jointly move the Court to stay all proceedings in this action through and including **April 1, 2027.**

The parties have reached an agreement in principle resolving all claims in dispute. The terms of the agreement require Nabors to submit to an extensive forensic inspection of his devices and accounts by a third-party forensic examiner and to ensure that all documents or other electronic information belonging to Beast are removed from those devices and accounts and have not been unlawfully disclosed by Nabors (the "Protocol"). Upon satisfactory completion of the Protocol, Beast will voluntarily dismiss this action without prejudice.

On March 12, 2026, the parties filed a Joint Motion for Stay, or in the Alternative, to Modify Scheduling Order (ECF 32) to allow them to complete the Protocol. By Order dated March 16, 2026, the Court stayed all proceedings in this matter until October 30, 2026 (ECF 33). Satisfactory completion of the Protocol has taken longer than anticipated. Accordingly, the parties

have conferred and have agreed to request that the Court issue an additional stay through April 1, 2027 to allow sufficient time to complete the Protocol.

This Court recognizes that "[t]he law strongly favors settlement of litigation, and there is a compelling public interest and policy in upholding and enforcing settlement agreements voluntarily entered into." *Mitchell v. GrainComm II, LLC*, No. 21-cv-379, 2025 WL 2043994, at *2 (E.D.N.C. July 21, 2025) (Dever III, J.). A stay while the parties complete the agreed Protocol will prevent unnecessary diversion of time and resources to litigation.

A proposed order granting this motion is attached hereto for the Court's consideration.

WHEREFORE, the parties jointly request that the Court stay all proceedings in this action through and including **April 1, 2027**.

Respectfully submitted this 20th day of November, 2026.

ROBINSON, BRADSHAW & HINSON, P.A.

*/s/* Douglas M. Jarrell
Douglas M. Jarrell
N.C. State Bar No. 21138
djarrell@rbh.com
600 S. Tryon Street, Suite 2300
Charlotte, NC 28202
Telephone: (704) 377-8309
Facsimile: (704) 378-4000

COUNSEL CAROLINA

*/s/* Joseph D. Budd
Joseph D. Budd
joe@counselcarolina.com
1100 Wake Forest Road, Suite 205
Raleigh, NC 27604
Telephone: (919) 441-1997
Facsimile: (919) 578-3733

*Attorneys for Defendant*

PAUL HASTINGS LLP

Emily R. Pidot*
Kaveh Dabashi*
emilypidot@paulhastings.com
kavehdabashi@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 230-7696

Jennifer S. Baldocchi*
jenniferbaldocchi@paulhastings.com
515 S. Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6133
Facsimile: (213) 627-0705

Brian Featherstun*
brianfeatherstun@paulhastings.com
101 California Street, Suite 4800
San Francisco, CA 94112
Telephone: (415) 856-7012
Facsimile: (415) 856-7100

*Attorneys for Plaintiff*

*Special appearance entered