UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:25-cv-00062-D-RJ

MRBEASTYOUTUBE, LLC,

Plaintiff,

v.

LEROY NABORS,

Defendant.

**[PROPOSED] ORDER**

Upon review of the Joint Motion for Stay (ECF No. 37), it is hereby ORDERED that all proceedings in this action are stayed until April 1, 2027.

So ordered this ___ day of ____________, 2026.

James C. Dever III
U.S. District Judge